THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. JOHN GIAMMARINARO, Appellant.

*Crimes — receiving stolen goods — evidence — judgment of conviction reversed for error in admission of evidence as to other stolen goods.*

*People* v. *Giammarinaro*, 222 App. Div. 818, reversed.

(Argued April 10, 1928; decided May 1, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 13, 1928, which affirmed a judgment of the Nassau County Court rendered upon a verdict convicting the defendant of criminally receiving stolen property.

*Thomas J. Cuff* and *Milton Pinkus* for appellant.

*Elvin N. Edwards*, District Attorney (*Richard H. Brown* of counsel), for respondent.

Judgment of Appellate Division and that of County Court reversed and new trial ordered for error in the admission of evidence as to other stolen cars.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.